ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. 11333
jzlotlow@heroldsagerlaw.com
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 990-3624
Fax: (702) 990-3835

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>            Plaintiff,<br><br>vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation,<br><br>            Defendants. | CASE NO. 2:16-cv-01276-JCM-NJK<br><br>**DEFENDANT LEXINGTON INSURANCE COMPANY'S NOTICE OF ERRATA RE CORRECTION OF FIRM ADDRESS TO STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO INITIAL COMPLAINT (FIRST REQUEST)** |

**TO THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that Defendant LEXINGTON INSURANCE COMPANY's ("Lexington"), STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO INITIAL COMPLAINT (FIRST REQUEST), Document No. 10 served and filed electronically

1 | with the above-entitled Court on September 28, 2016 was filed bearing the incorrect address for
2 | Lexington's counsel. Counsel's address should be corrected to read as follows:

    HEROLD & SAGER
    3960 Howard Hughes Parkway, Suite 500
    Las Vegas, NV  89169
    Tel: (702) 990-3624
    Fax: (702) 990-3835

DATED: September 29, 2016        HEROLD & SAGER

        By:   */s/Andrew D. Herold, Esq.*
            ANDREW D. HEROLD, ESQ.
            aherold@heroldsagerlaw.com
            JOSHUA A. ZLOTLOW, ESQ.
            jzlotlow@heroldsagerlaw.com
            Attorneys For Defendant
            LEXINGTON INSURANCE COMPANY

IT IS SO ORDERED.
Dated:  November 4, 2016

_____
United States Magistrate Judge