1  Scott S. Thomas, NV Bar No. 7937
   sst@paynefears.com
2  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
3  PAYNE & FEARS LLP
   7251 W. Lake Mead Blvd., Suite 525
4  Las Vegas, Nevada 89128
   Telephone: (702) 851-0300
5  Facsimile: (702) 851-0315

6  Attorneys for CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation, FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation,<br><br>Defendants. | Case No.: 2:16-cv-01276-JCM-NJK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF CENTEX HOMES' COMPLAINT AGAINST INTERSTATE FIRE & CASUALTY COMPANY** |


1  Plaintiff Centex Homes hereby dismisses, with prejudice, its Complaint against defendant
2  Interstate Fire & Casualty Company, in its entirety, with each party to bear its own fees and costs.

4  DATED: December 9, 2016        PAYNE & FEARS LLP

   By      */s/ Sarah J. Odia*
           SCOTT S. THOMAS, NV Bar No. 7937
           SARAH J. ODIA, NV Bar No. 11053
           7251 W. Lake Mead Blvd., Suite 525
           Las Vegas, Nevada 89128
           Tel. (702) 851-0300

           Attorneys for CENTEX HOMES

**ORDER**

IT IS SO ORDERED.

Dated: December 9, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

4811-0212-7933.1