1  Scott S. Thomas, NV Bar No. 7937
   sst@paynefears.com
2  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
3  PAYNE & FEARS LLP
   7251 W. Lake Mead Blvd., Suite 525
4  Las Vegas, Nevada 89128
   Telephone: (702) 851-0300
5  Facsimile: (702) 851-0315

6  Attorneys for CENTEX HOMES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | Case No.: 2:16-cv-01276-JCM-NJK |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE OF CENTEX HOMES' COMPLAINT AGAINST FINANCIAL PACIFIC INSURANCE COMPANY** |
| v. | |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation, FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation, | |
| Defendants. | |

Plaintiff Centex Homes hereby dismisses, with prejudice, its Complaint against defendant Financial Pacific Insurance Company, in its entirety, with each party to bear its own fees and costs.

DATED: December 9, 2016     PAYNE & FEARS LLP

By     */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for CENTEX HOMES

**ORDER**

IT IS SO ORDERED.

Dated: December 9, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

4848-0943-3917.1