Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation, FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation,<br><br>        Defendants. | Case No.: 2:16-cv-01276-JCM-NJK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF CENTEX HOMES' COMPLAINT AGAINST ST. PAUL FIRE AND MARINE INSURANCE COMPANY** |

1  Plaintiff Centex Homes hereby dismisses, with prejudice, its Complaint against defendant St. Paul Fire And Marine Insurance Company, in its entirety, with each party to bear its own fees and costs.

DATED: February 9, 2017

PAYNE & FEARS LLP

By  */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for CENTEX HOMES

**ORDER**

IT IS SO ORDERED.

Dated: February 13, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

4814-5122-6178.1