1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

| | |
|---|---|
| 10  CENTEX HOMES, | Case No. 2:16-cv-01276-JCM-NJK |
| 11              Plaintiff(s), | |
| 12  vs. | ORDER |
| 13  NAVIGATORS SPECIALTY INSURANCE COMPANY, et al., | |
| 14 | |
| 15              Defendant(s). | |

16        Pending before the Court is Plaintiff's notice of settlement with respect to the claims against

17  Defendant Navigators Speciality Insurance Company, filed on December 21, 2016.  Docket No. 28.

18  Plaintiff shall file dismissal paperwork by February 20, 2017.

19        IT IS SO ORDERED.

20        DATED: February 13, 2017

21                                                    _____

22                                                    NANCY J. KOPPE
                                                      United States Magistrate Judge

23
24
25
26
27
28