1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

8
9

| | | |
|---|---|---|
| CENTEX HOMES, | ) | Case No. 2:16-cv-01276-JCM-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, et al., | ) | |
| Defendant(s). | ) | |

On December 21, 2016, Plaintiff filed a notice of settlement with respect to the claims against Defendant Navigators Speciality Insurance Company. Docket No. 28. On February 13, 2017, the Court ordered Plaintiff to file dismissal paperwork by February 20, 2017. Docket No. 32. To date, Plaintiff has failed to comply.

The Court hereby **ORDERS** Plaintiff to file dismissal paperwork with respect to the claims against Defendant Navigators Speciality Insurance Company by March 13, 2017. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

DATED: March 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge